**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

ALONZO PRICE,                                          :
                                                       :
                  Petitioner,                          :          Civ. No. 12-2238 (RBK)
                                                       :
          v.                                           :
                                                       :          **MEMORANDUM AND ORDER**
CHARLES WARREN, et al.,                                :
                                                       :
                  Respondents.                         :
_____               :

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254. On June 30, 2015, this Court denied the habeas petition and

declined to issue a certificate of appealability. Petitioner then filed an appeal and a motion for

leave to appeal *in forma pauperis*. On July 27, 2015, this Court denied petitioner's motion for

leave to appeal *in forma pauperis* without prejudice as it was incomplete. On August 14, 2015,

this Court received another motion from petitioner for leave to appeal *in forma pauperis*.

Therefore, the Clerk will be ordered to reopen this case so that the Court can rule on petitioner's

most recent motion for leave to appeal *in forma pauperis*. Petitioner's motion for leave to appeal

*in forma pauperis* will be granted based on the information provided therein.

Accordingly, IT IS this   19th   day of   August,   2015,

ORDERED that the Clerk shall reopen this case so that the Court can rule on petitioner's

motion for leave to appeal *in forma pauperis*; and it is further

ORDERED that petitioner's motion for leave to appeal *in forma pauperis* (Dkt. No. 39.)

is granted; and it is further

ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail; and it

is further

2

ORDERED that the Clerk shall reclose this case.


s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge